UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 1 4 2001

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JEFFREY JOYCE §
§
§
§
V. § CIVIL ACTION NO.: H-00-0066
§
SEARIVER MARITIME, INC. §

## ORDER

Plaintiff's Motion for Partial Summary Judgment as to Certain of Defendant's Affirmative Defenses and Certain of Plaintiff's Claims is denied, w/o prejudice.

SIGNED _March 14_, 2001.

_____
UNITED STATES DISTRICT JUDGE